**FILED**

APR 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>CURTIS RAYMONE THORNTON,<br>　　a/k/a "Curtis Ramon Thornton,"<br>　　a/k/a "Curtis R. Thorton,"<br>　　a/k/a "Raymone,"<br><br>　　Defendant. | No. CR-10-00295-SBA (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Curtis Raymone Thornton is charged in a two-count indictment with conspiracy to possess with intent to distribute, and to distribute cocaine base (in violation of 21 U.S.C. §§ 846 and 841 (a)(1), (b)(1)(B)(iii)), and possession with intent to distribute, and distribution of, cocaine base (in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)(iii)). On April 20, 2010, the United States moved for Mr. Thornton's detention pursuant to 18 U.S.C. § 3142(f). Mr. Thornton did not request a full bail study. Pretrial Services did, however, prepare a criminal record report. Mr. Thornton is subject to a state parole hold. On April 23, 2010, Mr. Thornton

DETENTION ORDER
No. CR-10-00295-SBA (DMR)　　　　　　　　1

cc: Copy to parties of record via ECF, Lisa, Pretrial Services, 2 Certified
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Copies to US Marshal

waived his right to proffer information at this time. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a Section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise). Mr. Thornton expressly retained his right to raise any additional relevant information at a later hearing.

The Government is entitled to a rebuttable presumption in this case that no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case or the safety of any other person or the community. *See* 18 U.S.C. § 3142(e)(3)(A). Mr. Thornton did not offer information to rebut the presumption.

## II. CONCLUSION

The Court detains Mr. Thornton. Because Mr. Thornton waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Thornton's request at any future time. Mr. Thornton shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 23, 2010

_____
DONNA M. RYU
United States Magistrate Judge