UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR-10-00295 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| CURTIS RAYMONE THORNTON, a/k/a "Curtis Ramon Thornton," a/k/a "Curtis R. Thorton " a/k/a "Raymone," | ) ) ) ) ) | |
| Defendant. | ) ) ) ) | Date:       July 27, 2010 Time:       9:00 a.m. Court:      Hon. Saundra B. Armstrong |

The parties jointly requested that the Court vacate the June 29, 2010 status hearing in this matter and continue the matter for status on July 27, 2010 at 9:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between June 29, 2010 and July 27, 2010 to allow counsel additional time to review discovery.  Counsel for Defendant also represented that he will be unavailable to personally appear from June 28, 2010 through July 9, 2010.

For good cause shown, the Court finds that failing to exclude the time between June 28, 2010 and July 27, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7) and (B)(iv).  The Court further finds that the

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00295 SBA

1   ends of justice served by excluding the time between June 28, 2010 and July 27, 2010 from

2   computation under the Speedy Trial Act outweigh the best interests of the public and the

3   defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED

4   that the matter be continued to July 27, 2010 for status and that time between June 28, 2010 and

5   July 27, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

6   § 3161(h)(7)(A) and (B)(iv).

7

8

9   DATED: 6/28/10

10                                                HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00295 SBA