1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:    wade.rhyne@usdoj.gov
8

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-10-00295 SBA
                                    )
14       Plaintiff,                 )   STIPULATED REQUEST TO
                                    )   SEPTEMBER 14, 2010 AND TO
15    v.                            )   EXCLUDE TIME UNDER THE SPEEDY
                                    )   TRIAL ACT
16 CURTIS RAYMONE THORNTON,         )
       a/k/a "Curtis Ramon Thornton,")  Date:   August 5, 2010
17     a/k/a "Curtis R. Thorton "    )  Time:   2:00 a.m.
       a/k/a "Raymone,"              )  Court:  Hon. Saundra Brown
18                                  )           Armstrong
         Defendant.                 )
19                                  )
   _____ )
20

21     The above-captioned matter was set on August 5, 2010 before this Court for a status

22 hearing. The parties request that this Court continue the hearing to September 14, 2010 at 9:00

23 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this

24 stipulation and September 14, 2010.

25     The government has made an initial production of discovery and has recently made

26 additional discovery available for defense counsel's review. Defense counsel is continuing to

27 review discovery and requires additional time to do so. Defense counsel is also continuing to

28 investigate the case. Moreover, both parties require additional time to conduct legal research on

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 14, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA

1  the recent statutory amendments to the law pertaining to cocaine base.  The parties agree the
2  ends of justice served by granting the continuance outweigh the best interests of the public and
3  defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court
4  exclude time between the date of this stipulation and September 14, 2010 under the Speedy Trial
5  Act for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: August 5, 2010

10  _____/s/_____          _____/s/_____
    WADE M. RHYNE                            JEROME MATTHEWS
    Assistant United States Attorney         Counsel for the Defendant

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 14, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CURTIS RAYMONE THORNTON,<br>    a/k/a "Curtis Ramon Thornton,"<br>    a/k/a "Curtis R. Thorton "<br>    a/k/a "Raymone,"<br><br>        Defendant. | No. CR-10-00295 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO September 14, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 5, 2010<br>Time:    2:00 p.m.<br>Court:   Hon. Saundra Brown<br>             Armstrong |

   The parties jointly requested that the hearing in this matter be continued from August 5, 2010 to September 14, 2010, and that time be excluded under the Speedy Trial Act between August 5, 2010 and September 14, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The government has made an initial production of discovery and has recently made additional discovery available for defense counsel's review.  Defense counsel is continuing to review discovery and requires additional time to do so.  Defense counsel is also continuing to investigate the case.  Moreover, both parties require additional time to conduct legal research on the recent statutory amendments to the law pertaining to cocaine base.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 14, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA

1 stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from August 5, 2010 to September 14, 2010 at 9:00 a.m., and that time between August 5, 2010 and September 14, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_8/9/10                                                          *Saundra B Armstrong*
                                                                        HON. SAUNDRA BROWN ARMSTRONG
                                                                        United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 14, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA