BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CURTIS THORNTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10 00295 SBA |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| CURTIS THORNTON, | ) | |
| Defendant. | ) | |

This matter presently is scheduled for a status conference on September 14, 2010. Defense counsel assumed responsibility for this case from AFPD Ned Smock, and continues to investigate the matter with an eye towards a potential resolution. For these reasons, IT IS STIPULATED AND AGREED that the status conference presently scheduled for September 14, 2010 be continued to September 28, 2010. The parties agree that time under the Speedy Trial Act shall continue to be excluded, to and including September 28, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) for continuity of counsel and effective preparation, given the exercise of due diligence.

SO STIPULATED.

STIP/ORD                                       1

| | |
|---|---|
| Dated: September 13, 2010 | /S/ _____<br>JEROME E. MATTHEWS<br>Assistant Federal Public Defender |
| Dated: September 13, 2010 | /S/ _____<br>WADE RHYNE<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JEROME E. MATTHEWS

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause to continue the status conference in this case.

Based on these findings, IT IS HEREBY ORDERED that the status conference be continued to September 28, 2010, and that time under the Speedy Trial Act be excluded based on continuity of counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 15, 2010              _Saundra B Armstrong_
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

STIP/ORD                               2