1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00295 SBA |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| CURTIS RAYMONE THORNTON, ) a/k/a "Curtis Ramon Thornton," ) a/k/a "Curtis R. Thorton " ) a/k/a "Raymone," ) | Date: September 28, 2010 Time: 9:00 a.m. Court: Hon. Saundra Brown Armstrong |
| Defendant. ) | |

The parties jointly requested that the hearing in this matter be continued from September 28, 2010 to November 9, 2010, and that time be excluded under the Speedy Trial Act between September 28, 2010 and November 9, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has made multiple productions of discovery and defense counsel is continuing to review discovery and requires additional time to do so. Defense counsel is also continuing to investigate the case and to research the recent statutory amendments to the law pertaining to cocaine base. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of

STIP. REQ. TO CONTINUE HEARING DATE
TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA

1  justice served by granting the continuance outweigh the best interests of the public and defendant
2  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
3  and (B)(iv),

4  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  September 28, 2010 to November 9, 2010 at 9:00 a.m., and that time between September 28,
6  2010 and November 9, 2010 is excluded under the Speedy Trial Act to allow for the effective
7  preparation of counsel, taking into account the exercise of due diligence.

9  DATED:9/28/10                                   _____
                                                   HON. SAUNDRA BROWN ARMSTRONG
10                                                 United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE
TO NOVEMBER 9, 2010 AND TO EXCLUDE TIME
No. CR-10-00295 SBA