MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00295 SBA |
|    Plaintiff, ) | |
|    v. ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 12, 2010 TO DECEMBER 6, 2010 |
| CURTIS RAYMONE THORNTON, ) | |
|    a/k/a "Curtis Ramon Thornton," ) | |
|    a/k/a "Curtis R. Thorton " ) | Date:    November 12, 2010 |
|    a/k/a "Raymone," ) | Time:    10:00 a.m. |
| | Court:   Hon. Laurel Beeler |
|    Defendant. ) | |

      The defendant, Curtis Raymone Thornton, represented by Assistant Federal Public Defender Jerome Matthews, and the government, represented by James C. Mann, Assistant United States Attorney, appeared before United States Magistrate Judge Laurel Beeler on November 12, 2010 for a status conference in the above-entitled matter.  Counsel for Defendant stated that he has received discovery, that he is continuing to review discovery, and that he is continuing to conduct legal research regarding changes in the law that may have an affect on the anticipated pre-trial resolution of the case.  Counsel for the government agreed that the parties

[PROPOSED] ORDER
No. CR-10-00295 SBA

1  required additional time to prepare the case for disposition.

2  On that basis, the parties requested that the matter be continued to December 6, 2010
3  before United States Magistrate Judge Donna M. Ryu.  The parties jointly requested that time be
4  excluded under the Speedy Trial Act between November 12, 2010 and December 6, 2010.

5  Based upon the representation of counsel and for good cause shown, the Court finds that
6  failing to exclude the time between November 12, 2010 and December 6, 2010 would
7  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
8  time necessary for effective preparation, taking into account the exercise of due diligence.  18
9  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
10 the time between November 12, 2010 and December 6, 2010 from computation under the Speedy
11 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
12 § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between November 12,
13 2010 and December 6, 2010 shall be excluded from computation under the Speedy Trial Act.  18
14 U.S.C. § 3161(h)(7)(A) and (B)(iv).

16 DATED: November 16, 2010

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00295 SBA            -2-