1    BARRY J. PORTMAN
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500
5
     Counsel for Defendant THORNTON
6

7

8
                         UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12

13   UNITED STATES OF AMERICA,        )      No. CR-10-295 SBA
                                       )
14        Plaintiff,                   )      STIPULATED REQUEST TO CONTINUE
                                       )      HEARING DATE TO JANUARY 25, 2011
15     v.                              )      AND TO EXCLUDE TIME UNDER THE
                                       )      SPEEDY TRIAL ACT
16   CURTIS THORNTON,                  )
                                       )      Date:        January 6, 2011
17        Defendant.                   )      Time:        10:00 a.m.
                                       )      Court:       Hon. Donna Ryu
18                                     )
                                       )
19   _____)

20

21        The above-captioned matter is set on January 6, 2011 before Magistrate Judge Donna

22   Ryu for a status hearing.  The parties request that this Court continue the hearing to January 25,

23   2011 at 10:00 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under

24   the Speedy Trial Act between January 6, 2011 and January 25, 2011.

25        This is a case involving allegations of a methamphetamine sale to a confidential

26   informant.  The defense has been reviewing discovery and performing investigation.  In addition,

27   the government recently produced additional discovery related to a pending Contra Costa County

28

     STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 25, 2011 AND TO EXCLUDE TIME
     No. CR-10-295 SBA

1   case.  The defense needs additional time to review those materials and perform related research

2   and investigation.  The parties are discussing a plea agreement, and if such an agreement is

3   reached prior to the next court date, the Rule 11(c)(1)(C) agreement can be submitted directly to

4   Judge Armstrong via mail and the parties will set a date for plea and sentencing with Judge

5   Armstrong's deputy.  Defense counsel needs additional time to meet with the defendant, and the

6   defendant needs time to consider any proposed resolution.  The parties agree the ends of justice

7   served by granting the continuance outweigh the best interests of the public and defendant in a

8   speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time

9

10  between January 6, 2011 and January 25, 2011 in accordance with the provisions of the Speedy

11  Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

12

13  DATED: January 3, 2010

14

15

16   /s/ Wade Rhne                                         /s/ Ned Smock
    WADE RHYNE                                       NED SMOCK
17  Assistant United States Attorney            Counsel for Curtis Thornton
    Counsel for United States
18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 25, 2011 AND TO EXCLUDE TIME
No. CR-10-295 SBA

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-295 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
| v. | ) | DATE TO JANUARY 25, 2011 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| CURTIS THORNTON, | ) | TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

12     The parties jointly requested that the hearing in this matter be continued from January 6,

13   2011 to January 25, 2011, and that time be excluded under the Speedy Trial Act between January

14   6, 2011 and January 25, 2011 to allow for the effective preparation of counsel, taking into

15   account the exercise of due diligence, and continuity of defense counsel.  The government

16   recently produced additional discovery related to a pending Contra Costa County case.  The

17   defense needs additional time to review those materials and perform related research and

18   investigation.  Defense counsel needs additional time to meet with the defendant, and the

19   defendant needs time to consider any proposed resolution.  For these stated reasons, the Court

20   finds that the ends of justice served by granting the continuance outweigh the best interests of the

21   public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C.

22   §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

24     **IT IS HEREBY ORDERED** that the status hearing in this matter is continued to

25   January 25, 2011 at 10:00 a.m. before Magistrate Judge Donna Ryu, and that time between

26   January 6, 2011 and January 25, 2011 is excluded under the Speedy Trial Act to allow for the

27

28

1  effective preparation of counsel, taking into account the exercise of due diligence, and continuity

2  of defense counsel.

3  DATED:  1/4/2011

4                                                                    HON. DONNA RYU
                                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 25, 2011 AND TO EXCLUDE TIME
No. CR-10-295 SBA