UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-10-00295 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT AND |
| | ) | SETTING MATTER FOR CHANGE OF PLEA |
| CURTIS THORNTON, | ) | AND SENTENCING |
| | ) | |
| Defendant. | ) | |

For the reasons stated by the parties on the record on February 15, 2011, the Court excludes time under the Speedy Trial Act from February 15, 2011 to May 4, 2011 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 8 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further excludes time under the Speedy Trial Act based upon consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government. *See* 18 U.S.C. § 3161(h)(1)(G). Furthermore, as stated on the record, Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Accordingly, **IT IS ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report, and that the matter is continued to May 4, 2011 for change of plea and sentencing.

**IT IS SO ORDERED.**

DATED: 2/15/11

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED:

_____    _____
NED SMOCK                    WADE M. RHYNE
Attorney for Defendant       Assistant United States Attorney

Curtis Thornton
Curtis Thornton